UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

    *Plaintiff*

CIVIL ACTION NO. 08-48-FJP-DLD

versus

LISA MULLIN WILLIAMS

    *Defendant*

## **ORDER**

Considering the parties' *Joint Motion for Entry of Consent Judgment*, and for good cause shown:

IT IS HEREBY ORDERED that the motion is GRANTED;

IT IS FURTHER ORDERED that upon the Court's execution of the Consent Judgment, it shall be filed by the Clerk of Court in this action.

Baton Rouge, Louisiana, February 14, 2008.


_____
FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA